UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In re:  CASE NO: 3:13-bk-05132-JAF
  Chapter 13
JOHN LEWIS GUY JR and
ELLEN LILIENTHAL GUY

    Debtors
_____

### TRUSTEE'S PROPOSED MODIFIED CONFIRMED CHAPTER 13 PLAN

COMES NOW DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE, who hereby submits the following Modified Plan:

1. Upon review of the Debtors' post petition tax return, the Trustee has determined that the Debtors have additional projected disposable income and accordingly the confirmed plan payments should be modified as follows: The Debtors shall pay to the Trustee the sum of $398.16 for months 1 through 3; $1,892.93 for months 4 through 10; $1,904.59 for months 11 through 13; $1,937.59 for months 14 through 20; $1,938.70 for months 21 through 24; $3,355.70 for month 25; $1,938.70 for months 26 through 60. **The month 25 payment includes one lump sum payment of $1,417.00 which is the Debtors' 2014 federal income tax refund. The additional funds will be provided to the timely filed and allowed unsecured claims as additional distribution.**

2. **This modification will not change the payments as to any secured or priority creditors as provided for in the terms of the confirmed Chapter 13 Plan except as otherwise provided herein.**

3. The fees and expenses of the Trustee shall be paid over the life of the Plan as set by the U.S. Trustee.

WHEREFORE, the TRUSTEE requests the Court grant the motion to modify the Confirmed Chapter 13 plan as proposed.

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on July 1, 2015 on all interested parties as listed on the attached matrix.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By: /s/ Marsha M. Brown
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone (904)358-6465
FAX (904)634-0038

```
Label Matrix for local noticing          Ellen Lilienthal Guy                    John Lewis Guy Jr.
113A-3                                   12199 Irwin Manor Drive                 12199 Irwin Manor Drive
Case 3:13-bk-05132-JAF                   Jacksonville, FL 32246-5103             Jacksonville, FL 32246-5103
Middle District of Florida
Jacksonville
Wed Jul  1 10:50:13 EDT 2015

Ameris Bank                              Ameris Bank                             Chase
C/O Evan Singer, Esq.                    PO Box 6090                             PO BOX 9001871
Timothy D. Padgett, PA                   St Marys, GA 31558-6090                 Louisville, KY 40290-1871
6267 Old Water Oak Road, Ste, 203
Tallahassee, FL 32312-3858

Chase                                    Chase-Bp                                Citi
Po Box 24696                             Po Box 15298                            Po Box 6241
Columbus, OH 43224-0696                  Wilmington, DE 19850-5298               Sioux Falls, SD 57117-6241


City of Jacksonville                     Community First Credit Union            Community First Cu Of
117 West Duval Street Ste. 480           P.O. Box 2304                           623 N Main St
Jacksonville, FL 32202-5721              Jacksonville, FL 32203-2304             Jacksonville, FL 32202-3011


Duval County Tax Collector               Equifax Credit Information              Experian
231 Forsyth St.  #130                    Post Office Box 740256                  701 Experian Pkwy
Jacksonville FL 32202-3380               Atlanta, GA 30374-0256                  Allen, TX 75013-3715


Fay Servicing, LLC                       Florida Dept. of Revenue                Internal Revenue Service
939 W. North Avenue, Suite 680           Bankruptcy Unit                         PO Box 7346
Chicago IL 60642-1231                    P.O. Box 6668                           Philadelphia, PA  19101-7346
                                         Tallahassee, FL 32314-6668


JP Morgan Chase Bank, National Association   JPMorgan Chase Bank, National Association   Thd/Cbna
Chase Records Center, Attn: Corresponden     Chase Records Center                        Po Box 6497
Mail Code LA4-5555                           Attn: Correspondence Mail                   Sioux Falls, SD 57117-6497
700 Kansas Lane                              Mail Code LA4-5555
Monroe, LA 71203-4774                        700 Kansas Lane
                                             Monroe, LA 71203-4774

Transunion                               United States Attorney                  E. Warren Parker Jr.+
Post Office Box 2000                     300 North Hogan St Suite 700            Parker & DuFresne, P.A.
Chester, PA 19016-2000                   Jacksonville, FL 32202-4204             8777 San Jose Blvd., Suite 301
                                                                                 Jacksonville, FL 32217-4226


United States Trustee - JAX 13/7 7+      Alice A Blanco +                        Douglas W. Neway +
Office of the United States Trustee      Aldridge Pite, LLP                      P O Box 4308
George C Young Federal Building          Fifteen Piedmont Center                 Jacksonville, FL 32201-4308
400 West Washington Street, Suite 1100   3575 Piedmont Road Northeast - Suite 500
Orlando, FL 32801-2210                   Atlanta, GA 30305-1623


Matthew M Holtsinger +                   Brian M Guertin +                       Note: Entries with a '+' at the end of the
Kass Shuler PA                           Law Offices of Daniel C. Consuegra      name have an email address on file in CMECF
PO Box 800                               9210 King Palm Drive
Tampa, FL 33601-0800                     Tampa, FL 33619-8332
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Fay Servicing, LLC | (u)Jerry A. Funk<br>Jacksonville | (u)JPMORGAN CHASE BANK N.A. |
| (u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients   29<br>Bypassed recipients    5<br>Total                 34 |