UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 3:13-bk-05132-PMG |
| ) | CHAPTER 13 |
| JOHN LEWIS GUY, JR. ) | |
| ELLEN LILIENTHAL GUY ) | |
|     Debtors. ) | |

**MOTION FOR CONTEMPT AND SANCTIONS AGAINST FAY SERVICING, LLC**

**COMES NOW,** the Debtors, by and through the undersigned attorney, moves this Court to hold FAY SERVICING, LLC (hereinafter "FSL") in contempt of this Court and to impose sanctions for violating the automatic stay pursuant to 11 U.S.C. §362:

1. The Debtors filed this Chapter 13 bankruptcy case on August 23, 2013 [DE 1].

2. At the time of the bankruptcy filing, the Debtors 1st mortgage held on the property located at 12199 Irwin Manor Dr., Jacksonville, FL 322246 was being serviced by JP Morgan Chase Bank ("Chase").

3. Chase filed proof of claim #5 on or about December 27, 2013.

4. This Honorable Court confirmed the Debtors' amended plan on April 29, 2014 [DE 39].

5. The plan and confirmation order provide that Debtors are to make the regular mortgage payments and catch up the prepetition arrearage through the Ch. 13 plan over the course of the case.

6. On or about December 18, 2014, FSL, through its counsel, filed a transfer of claim # 5 [DE 48].

7. Since January 2015, FSL has received monthly disbursements from the Chapter 13 Trustee pursuant to the confirmation order.

8. Over the past 3-4 months, FSL has been consistently calling the Debtors regarding the Mortgage account.

9. FSL has left messages for Debtors indicating that they are collecting on the past due balance.

10. Debtors have requested FSL to cease contacting them, but FSL persists on calling them.

11. FSL is in willful violation of the automatic stay.

12. FSL has been notified of the pending bankruptcy and is actively participating yet continues to try and collect on a prepetition debt being cured through the plan.

13. Debtors have suffered emotional distress and unnecessary anxiety as a result of FSL's

actions.

WHEREFORE, Debtors requests this Honorable Court to hold FSL in contempt of Court and impose sanctions for its willful automatic stay violations, impose punitive damages, award attorney's fees and costs and any other relief this Court deems just and proper.

**DATED** May 9, 2017.     **PARKER & DUFRESNE, P.A.**
*/s/ E. Warren Parker, Jr.*
E. Warren Parker, Jr.
Florida Bar No.: 958506
8777 San Jose Blvd., Suite 301
Jacksonville, FL 32217
Telephone: (904) 733-7766
bankruptcyservice@jaxlawcenter.com
Attorney for Debtors

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Fay Servicing, LLC, 939 W. North Avenue, Suite 680, Chicago, IL 60642 (address on transfer of claim), Registered Agent Solutions, Inc., 155 Office Plaza Dr. Suite A, Tallahassee, FL 32301 (registered agent), Aldridge Connors, LLP, c/o John D. Schlotter, Esq. jschlotter@aclawllp.com; via US Mail and/or ECF notification on May 9, 2017.

**PARKER & DUFRESNE, P.A.**
*/s/ E. Warren Parker, Jr.*
E. Warren Parker, Jr.
Attorney for Debtor